# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ROGER D. HEMBREE, SR.,

    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMBILE INSURANCE COMPANY,

    Defendant.

2:20-cv-02234-RFB-VCF

**ORDER**

    Before the Court is *Roger d. Hembree, Sr. v. State Farm Mutual Automobile Insurance Company*, case number 2:20-cv-2234-RFB-VCF.

    A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

    Accordingly,

    IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before February 12, 2021.

    IT IS FURTHER ORDERED that a telephonic status hearing is 10:00 AM, February 19, 2021.

    The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

    DATED this 3rd day of February, 2021.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE